

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br>CARLOS NAVARRO, PAULA NAVARRO, JAMES HIGGINBOTHAM, NMCKK, INC. AND NE DEVELOPMENTS, INC.<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CARLOS NAVARRO, INDIVIDUALLY AND AS AN OFFICER, DIRECTOR, SHAREHOLDER, PRINCIPAL OF NMCKK, INC. DBA AROMAS CIGAR BAR
4372 SOUTHSIDE BOULEVARD, SUITE 101
JACKSONVILLE, FLORIDA 32216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   WILLIAM L. YANGER, ESQ.
YANGER LAW GROUP, PA
217 N. LOIS AVENUE
TAMPA, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/23/2015               *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| JOE HAND PROMOTIONS, INC. | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| CARLOS NAVARRO, PAULA NAVARRO, JAMES HIGGINBOTHAM, NMCKK, INC. AND NE DEVELOPMENTS, INC. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PAULA NAVARRO, INDIVIDUALLY AND AS AN OFFICER, DIRECTOR, SHAREHOLDER, PRINCIPAL OF NMCKK, INC. DBA AROMAS CIGAR BAR
4372 SOUTHSIDE BOULEVARD, SUITE 101
JACKSONVILLE, FLORIDA 32216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   WILLIAM L. YANGER, ESQ.
YANGER LAW GROUP, PA
217 N. LOIS AVENUE
TAMPA, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/23/2015          *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. <br><br> *Plaintiff(s)* <br> v. <br> CARLOS NAVARRO, PAULA NAVARRO, JAMES HIGGINBOTHAM, NMCKK, INC. AND NE DEVELOPMENTS, INC. <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMES B. HIGGBOTHAM, INDIVIDUALLY AND AS AN OFFICER, DIRECTOR, SHAREHOLDER, PRINCIPAL OF NE DEVELOPMENTS, INC.
4372 SOUTHSIDE BOULEVARD, SUITE 101
JACKSONVILLE, FLORIDA 32216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   WILLIAM L. YANGER, ESQ.
YANGER LAW GROUP, PA
217 N. LOIS AVENUE
TAMPA, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/23/2015                         _____
                                           Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. <br><br> *Plaintiff(s)* <br> v. <br><br> CARLOS NAVARRO, PAULA NAVARRO, JAMES HIGGINBOTHAM, NMCKK, INC. AND NE DEVELOPMENTS, INC. <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NMCKK, INC. DBA AROMAS CIGAR BAR
C/O CHARLES STICKS, REGISTERED AGENT
4372 SOUTHSIDE BOULEVARD, SUITE 101
JACKSONVILLE, FLORIDA 32216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   WILLIAM L. YANGER, ESQ.
YANGER LAW GROUP, PA
217 N. LOIS AVENUE
TAMPA, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/23/2015

*Signature of Clerk or Deputy Clerk*